IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02508-PSF-PAC

NATIONAL PUB POKER LEAGUE, LLC., a Missouri corporation,

    Plaintiff(s),

v.

CHARLES JOSEPH QUINN; and
ED POTASH,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Motion for Leave to Attend Court by Means of Telephone Conference Call [filed March 27, 2007; Doc. No. 10] is **GRANTED** as follows:

    Plaintiff shall contact the Court at: 303-844-4892 on **April 4, 2007 at 10:00 a.m.**, in order to participate in the Scheduling Conference telephonically.

Dated:  March 28, 2007