**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.: 06-cv-02508-PSF-PAC**     FTR - Reporter Deck - Courtroom A-501
**Date:** May 02, 2007                         Courtroom Deputy, Ellen E. Miller

---

NATIONAL PUB POKER LEAGUE, LLC,            Thaddeus Balsamo

    **Plaintiff(s),**

v.

CHARLES JOSEPH QUINN,                       David F. Dunn    (by telephone)

    **Defendant(s).**

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
Court in session: 10:04 a.m.
Court calls case. Appearance of counsel.

Please note that due to Magistrate Judge Coan's recent retirement, Magistrate Judge O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed. The **e-mail address** remains as the Coan_Chambers address and **case numbers** will continue to be designated with -PAC as the Magistrate Judge initials.

Discussion is held regarding the Defendant's motion to set aside default which was entered March 29, 2007.

**It is ORDERED:**   Defendant's PETITION TO STRIKE DEFAULT ENTERED MARCH 29, 2007 (Docket No. **22,** Filed April 27, 2007) is **GRANTED** for the reasons set forth on the record.
    The Clerk of the Court shall set aside the Default entered March 29, 2007.

**It is ORDERED:**   Defendant shall have five (5) days from today within which to file his Answer or otherwise respond to the Complaint.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE**

**SCHEDULING CONFERENCE HELD THIS DATE.**

Discovery Cut-off   is   **OCTOBER   01,   2007**

Dispositive Motions deadline is     **NOVEMBER   01,   2007**

The parties do not anticipate using expert witnesses.   Should experts become needed,

Parties shall designate  experts    **on or before   AUGUST   01,   2007**

Parties shall designate rebuttal experts    **on or before   SEPTEMBER   01,   2007**

Interrogatories,   Requests for Production of  Documents,   and Requests for Admissions shall be served   **no later than   THIRTY THREE DAYS** prior to  close  of  discovery.

NO **STATUS CONFERENCE** is set at this time.

**SETTLEMENT CONFERENCE**   is set :   **SEPTEMBER   28,   2007   at   1:30   p.m.**
Courtroom A-501,   Fifth Floor,    Alfred A. Arraj United States Courthouse,   901 19th Street,   Denver, Colorado     80294

Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved,  with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated   Confidential Settlement Statement   to Magistrate Judge Schlatter's attention   **on or before   SEPTEMBER   21,   2007**   outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

The brief  Updated Settlement Statements (15   pages or less)    shall be sent via e-mail in a PDF format to    **Coan_Chambers@cod.uscourts.gov**      ALL   additional settlement material (*i.e.* deposition transcripts,  documents) shall be submitted to the court as hard copies.   Counsel shall indicate in their e-mail  if they are  submitting additional information for the Court to read.
Any    additional material    shall be delivered   to the Office of the   Clerk of the Court   in   an envelope marked "Personal   per    Magistrate  Judge  Schlatter's   Instructions"

**FINAL  PRETRIAL CONFERENCE**   is set:   **JANUARY  14,  2008  at  9:30  a.m.**
Courtroom A-501,   Fifth Floor,    Alfred A. Arraj United States Courthouse,   901 19th Street,   Denver, Colorado     80294
Final Pretrial Order is due   **no later than FIVE DAYS before the Final Pretrial Conference**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties will be directed at a future date to the chambers of The Honorable Phillip S. Figa to set a  Trial Preparation Conference and Trial.
The parties anticipate a   ONE   DAY Trial.

!	Scheduling Order is signed and entered with interlineations on   **MAY  02,  2007**

HEARING CONCLUDED.

**Court in recess:**   10:14 a.m.
Total In-Court Time:     00:10