IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02508-PSF-PAC

NATIONAL PUB POKER LEAGUE, LLC, a Missouri corporation,

    Plaintiff,

v.

CHARLES JOSEPH QUINN; and
ED POTASH,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on the plaintiff's Motion to Dismiss Ed Potash Without Prejudice (Dkt. # 33).  The Court hereby ORDERS the DISMISSAL WITHOUT PREJUDICE of all claims and causes of action against Defendant Ed Potash.

    IT IS FURTHER ORDERED that the caption on future filings in this case be amended to reflect that Charles Joseph Quinn is the sole remaining defendant in this action.

DATED:  July 16, 2007