IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02508-PSF-PAC

NATIONAL PUB POKER LEAGUE, LLC., a Missouri corporation,

    Plaintiff(s),

v.

CHARLES JOSEPH QUINN; and
ED POTASH,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Defendant Charles Quinn's **Motion for Leave to Attend Court by Means of Telephone Conference Call** [Docket No. 38; filed September 17, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant Charles Quinn and his counsel are directed to call Chambers at the appointed time at (303)-844-4892 to participate in the settlement conference.

    Dated:  September 20, 2007