IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02508-PSF-KLM

NATIONAL PUB POKER LEAGUE, LLC., a Missouri corporation,

    Plaintiff(s),

v.

CHARLES JOSEPH QUINN,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Parties' **Joint Motion to Vacate Settlement Conference** [Docket No. 42; filed September 26, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The settlement conference currently set for September 28, 2007 is **VACATED**.


Dated:  September 26, 2007